UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN RAY SCHILLEREFF, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 4:07-CV-1872 |
| § | |
| LORIE DAVIS, *et al*, § | |
| § | |
| Respondents. § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's *Memorandum and Order* of even date, this case is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on this 14th day of December, 2016.

_____
Kenneth M. Hoyt
United States District Judge